IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CAUSE NO. 2:22-cr-01560-KG |
| § | |
| JASON ROSS LATTION FLEMING § | |

### AMENDED MOTION TO REQUEST TRANSPORTATION
### FOR PSYCHOLOGICAL EVALUATION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, BROCK BENJAMIN attorney at law, and moves this Court for authorization for the U.S. Marshall's to transport the defendant, JASON ROSS LATTION FLEMING, to the Offices of Dr. Noah Kaufmann, Ph.D., ABN, ABPdN, ABPP, located at 1188 W. Hadley Ave., Las Cruces, New Mexico 88005. As reason, said counsel would respectfully show unto the Court the following:

**I.**

The Defendant was arrested on or about April 22, 2022, on charges in violation of: (1) 18 U.S.C. §2252A(a)(6)(A) - Providing child pornography to a minor; (2) '18 U.S.C. §2252A(a)(5)(B) - Possession of child pornography; and (3) 18 U.S.C. §2422(b) - Coercion and enticement of a minor. Defendant was subsequently indicted [Doc 25] and on April 6, 2023, Defendant plead to the indictment.

**II.**

The Defendant is currently incarcerated at the Dona Ana County Detention Center in Las Cruces, New Mexico. Counsel has retained a consulting expert to conduct an evaluation. Contact

with this expert necessitates transportation and a private space. The undersigned has coordinated that space at Offices of Dr. Noah Kaufmann, Ph.D., ABN, ABPdN, ABPP, located at 1188 W. Hadley Ave., Las Cruces, New Mexico 88005, on December 14, 2023, at 11:00 a.m.

Based on the relief requested, a Sixth Amendment Right to a Defense, this motion is being filed without requesting the position of the U.S. Government.

WHEREFORE, PREMISES CONSIDERED, movant prays that he be granted permission to allow JASON ROSS LATTION FLEMING**,** to be transported to Offices of Dr. Noah Kaufmann, Ph.D., ABN, ABPdN, ABPP, located at 1188 W. Hadley Ave., Las Cruces, New Mexico 88005 on December 14, 2023 at 11:00 a.m. for an evaluation in preparation for his defense.

Respectfully submitted,

s/ *Brock Benjamin*_____
BROCK BENJAMIN
Attorney for Defendant
New Mexico Bar No. 141535
609 Myrtle Ave., Bldg. B
El Paso, Texas 79901
Tel (915) 412-5858
Fax (915) 503-2224
Email: brock@brockmorganbenjamin.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 29th day of November, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants.

*/s/ Brock Benjamin*_____
BROCK BENJAMIN